**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JUSTIN BURTON LANE,

    Plaintiff,

v.                                           CASE NO. 3:19cv3745-MCR-EMT

JOHN MICHAEL MORING, et al.,

    Defendants.
_____/

## **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on February 14, 2020. ECF No. 11. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 17th day of March 2020.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**